# Exhibit A

**Commonwealth of Massachusetts**

BRISTOL, ss.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 2473CV 660

A TRUE COPY ATTEST
DEPUTY SHERIFF
Middlesex County
11/ 6 /24
DATE OF SERVICE

OCTAVIO BOTELHO, PLAINTIFF(S),

v.

HARBOR FREIGHT TOOLS USA, INC., DEFENDANT(S)

**SUMMONS**

THIS SUMMONS IS DIRECTED TO HARBOR FREIGHT TOOLS USA, INC. (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the ________ Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**
2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:
   a. Filing your **signed original** response with the Clerk's Office for Civil Business Superior Court, 441 County St., 1st Fl, New Bedford, MA (address), by mail or in person, **AND**
   b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: 399 North Main Street, Fall River, MA 02720.
3. **What to include in your response.** An **"Answer"** is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12**. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rulesofcourt.

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot gel legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Michael D. Ricciuti, Chief Justice on October 23, 2024 xxxx. (SEAL)

Jennifer Sullivan,
Clerk/Magistrate

**Note:** The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on ______________________, 20____, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5)):

______________________________________________

______________________________________________

______________________________________________

______________________________________________

Dated:______________________, 20____. Signature:______________________

**N.B. TO PROCESS SERVER:**

**PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.**

| |
|---|
| |

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.

SUPERIOR COURT
DOCKET NO:

OCTAVIO BOTELHO )
Plaintiff )
v. )
HARBOR FREIGHT TOOLS USA, INC. )
Defendant )

**COMPLAINT**

FACTS COMMON TO ALL COUNTS

1. The Plaintiff, OCTAVIO BOTELHO, is an adult individual residing at Fall River, Bristol County, Commonwealth of Massachusetts.

2. The Defendant, HARBOR FREIGHT TOOLS USA, INC., is a foreign corporation doing business in the Commonwealth of Massachusetts.

3. On and prior to January 16, 2023, the defendant HARBOR FREIGHT TOOLS USA, INC., was in control of the premises located at 35 Mariano Bishop Boulevard, Fall River, Bristol County, Commonwealth of Massachusetts and operating a tool and equipment retail store.

4. On or about January 16, 2023, the plaintiff, OCTAVIO BOTELHO, was walking into defendant's business located at 35 Mariano Bishop Boulevard, Fall River, Bristol County, Commonwealth of Massachusetts (hereinafter the "Premises") when he was caused to slip and fall on liquid that had accumulated on the floor. The plaintiff, OCTAVIO BOTELHO, was at all relevant times to this action exercising due care.

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

5. On or about January 16, 2023, the plaintiff, OCTAVIO BOTELHO, entered said premises and was presented with a dangerous and defective condition of an accumulation of liquid that was created by the defendant.

COUNT I--NEGLIGENCE

6. The plaintiff, OCTAVIO BOTELHO, repeats and incorporates herein the factual allegations contained in paragraphs one (1) through five (5) of this Complaint.

7. On or about January 16, 2023, the defendant negligently maintained, and/or was in control of said Premises located at 35 Mariano Bishop Boulevard, Fall River, Bristol County, Commonwealth of Massachusetts.

8. As a direct and proximate result of the negligence of the defendant, HARBOR FREIGHT TOOLS USA, INC., and/or its agents, servants, and/or employees, the plaintiff was caused to sustain severe and permanent personal injuries, was caused to be disabled and will be disabled in the future, was caused and will be caused great pain of body and mind, has been caused to incur and will continue to incur great medical and hospital expenses for said injuries. Plaintiff's ability to enjoy a normal life and attend to his usual activities has been adversely affected.

WHEREFORE, plaintiff, OCTAVIO BOTELHO, demands judgment against the defendant, HARBOR FREIGHT TOOLS USA, INC., in an amount to be determined by the Court together with interest, costs, and other such relief as may be deemed appropriate.

COUNT II – NEGLIGENT MAINTENANCE

9. The plaintiff, OCTAVIO BOTELHO, repeats and incorporates herein the factual allegations contained in paragraphs one (1) through eight (8) of this Complaint.

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

10. On or about January 16, 2023, the plaintiff, OCTAVIO BOTELHO, while lawfully on said Premises and in the exercise of due care, was injured sustaining severe personal injuries as a result of the negligent maintenance, repair, upkeep or control of said Premises by the defendant, its agents, servants, and/or employees.

11. As a direct and proximate result of the negligence of the defendant, HARBOR FREIGHT TOOLS USA, INC., and/or its agents, servants, and/or employees, the plaintiff was caused to sustain severe and permanent personal injuries, was caused to be disabled and will be disabled in the future, was caused and will be caused great pain of body and mind, has been caused to incur and will continue to incur great medical and hospital expenses for said injuries. Plaintiff's ability to enjoy a normal life and attend to his usual activities has been adversely affected.

WHEREFORE, plaintiff, OCTAVIO BOTELHO, demands judgment against the defendant, HARBOR FREIGHT TOOLS USA, INC., in an amount to be determined by the Court together with interest, costs, and other such relief as may be deemed appropriate.

COUNT III – NEGLIGENCE – FAILURE TO WARN

12. The plaintiff, OCTAVIO BOTELHO, repeats and incorporates herein the factual allegations contained in paragraphs one (1) through eleven (11).

13. On or about January 16, 2023, the plaintiff, OCTAVIO BOTELHO, while lawfully on said Premises and in the exercise of due care, was injured sustaining severe personal injuries as a result of the defendant's negligent failure to warn plaintiff of said unsafe, dangerous, defective, and/or hazardous condition.

14. As a direct and proximate result of the negligence of the defendant, HARBOR FREIGHT TOOLS USA, INC., and/or its agents, servants, and/or employees, the plaintiff was

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

caused to sustain severe and permanent personal injuries, was caused to be disabled and will be disabled in the future, was caused and will be caused great pain of body and mind, has been caused to incur and will continue to incur great medical and hospital expenses for said injuries. Plaintiff's ability to enjoy a normal life and attend to his usual activities has been adversely affected.

WHEREFORE, plaintiff, OCTAVIO BOTELHO, demands judgment against the defendant, HARBOR FREIGHT TOOLS USA, INC., in an amount to be determined by the Court together with interest, costs, and other such relief as may be deemed appropriate.

COUNT IV – NEGLIGENT INSPECTION/FAILURE TO INSPECT

15. The plaintiff, OCTAVIO BOTELHO, repeats and incorporates herein the factual allegations contained in paragraphs one (1) through fourteen (14).
16. On or about January 16, 2023, the plaintiff, OCTAVIO BOTELHO, while lawfully on said Premises and in the exercise of due care, was injured sustaining severe personal injuries as a result of the defendant's negligent inspection or failure to inspect the water accumulation, thus resulting in an unsafe, dangerous, defective, and/or hazardous condition.
17. As a direct and proximate result of the negligence of the defendant, HARBOR FREIGHT TOOLS USA, INC., and/or its agents, servants, and/or employees, the plaintiff was caused to sustain severe and permanent personal injuries, was caused to be disabled and will be disabled in the future, was caused and will be caused great pain of body and mind, has been caused to incur and will continue to incur great medical and hospital expenses for said injuries. Plaintiff's ability to enjoy a normal life and attend to his usual activities has been adversely affected.

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

WHEREFORE, plaintiff, OCTAVIO BOTELHO, demands judgment against the defendant, HARBOR FREIGHT TOOLS USA, INC., in an amount to be determined by the Court together with interest, costs, and other such relief as may be deemed appropriate.

The plaintiff, OCTAVIO BOTELHO,

By his attorney,

Paul M. Sahady
SAHADY ASSOCIATES, P.C.
399 North Main Street
Fall River, MA 02720
508-674-9444
BBO#567803

Dated: September 16, 2024

PLAINTIFF HEREBY DEMANDS TRIAL BY JURY ON ALL ISSUES TRIABLE AS OF RIGHT pursuant to M.G.L. c. 231, sec. 103

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430